■ NEW YORK LASER LIGN, INC., Respondent, v. AUSABLE COMMUNICATIONS, INC., Appellant. AUSABLE COMMUNICATIONS, INC., et al., Appellants, v. NEW YORK LASER LIGN, INC., et al., Respondents.— Judgments unanimously reversed on the law and facts and a new trial granted in the interest of justice, with costs to abide the event. Memorandum: Upon the facts in these actions the exclusion from evidence of photographs on the ground that the date of their taking had not been established constituted reversible error. Testimony by the telephone company lineman that the photographs were a fair and accurate representation of the condition of the cable installation on October 5, 1965, the last day New York Laser worked on the lines, was a sufficient foundation for their receipt in evidence (*Saporito* v. *City of New York*, 14 N Y 2d 474). Furthermore, the charge was confusing and misleading with respect to the actions of Ausable Communications, Inc., and Ausable Valley Telephone Co., Inc.— as evidenced by the jury's failure to return a verdict in the telephone company's action. (Appeal from judgments of Onondaga Trial Term in actions for breach of contract.) Present — Goldman, P. J., Del Vecchio, Moule, Cardamone and Simons, JJ.

■ JAMES A. ROWE, Respondent, v. DOROTHY A. ROWE, Appellant.— Order unanimously reversed, without costs and a new trial granted. Memorandum: On this appeal from that part of an order which awarded custody of the two younger children of the parties to the father, there was insufficient proof to show that the father, who was living alone, could properly care for and supervise the children without assistance. His testimony that neighbors had volunteered to help him should be further developed. There should also be further proof of the physical condition, health and needs of the son, James, who sustained injuries in an accident after the date of the order appealed from. Proof should also be received concerning the needs of the eight-year-old daughter. (Appeal from part of order of Onondaga County Family Court, in custody proceeding.) Present — Del Vecchio, J. P., Marsh, Witmer, Simons and Henry, JJ.